UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MICHAEL CALVIN DUHON**                        **CASE NO. 6:22-CV-00476 SEC P**

**VERSUS**                                      **JUDGE ROBERT R. SUMMERHAYS**

**WARDEN, LAFAYETTE PARISH**                    **MAGISTRATE JUDGE DAVID J. AYO**
**CORRECTIONAL CENTER**

## JUDGMENT

For the reasons set forth in the Court's Order issued on January 29, 2025 [*see* ECF No. 28],

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

THUS DONE in Chambers on this 5th day of March, 2025.

                                                                                        _____
                                                                                        ROBERT R. SUMMERHAYS
                                                                                        UNITED STATES DISTRICT JUDGE